IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WILLIE E. FOSTER, JR.,        )
                              )
     Plaintiff,               )
                              )      CIVIL ACTION NO.
     v.                       )        2:15cv334-MHT
                              )            (WO)
AUTAUGA COUNTY METRO JAIL,    )
et al.,                       )
                              )
     Defendants.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that, while confined in the Autauga County Metro Jail, his sleeping arrangements caused, or contributed to, a back injury. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of March, 2017.

                             /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE